

THE DEPUTY SECRETARY OF THE INTERIOR
WASHINGTON

MAR 0 2 2018

The Honorable Luke Duncan
Chairman, Ute Tribal Business Committee
P.O. Box 190
Fort Duchesne, Utah  84026

Dear Chairman Duncan:

This letter is in response to the Ute Indian Tribe of the Uintah and Ouray Reservation's (Tribe) letter of April 25, 2017, requesting the Secretary of the Interior restore lands pursuant to section 3 of the Indian Reorganization Act (IRA). The Tribe's request concerns an area of public domain lands that was withheld from sale pursuant to an 1882 Executive Order for the prospective allotment of lands to members of the Uncompahgre Band of Ute Indians. The areas contemplated by the request are currently managed as public lands by the Bureau of Land Management.

I referred your letter to the Office of the Solicitor, and I am enclosing the Solicitor's Opinion that the Principal Deputy Solicitor has issued on the applicability of section 3 to the Tribe's request: Solicitor's Opinion M-37051. I concur in Opinion M-37051.

The extensive analysis in Opinion M-37051 notes how the Department of the Interior has consistently interpreted the IRA's restoration authority as limited to "remaining surplus lands" of an Indian reservation where the tribe would have been entitled to the proceeds if the lands subject to restoration had been sold. Opinion M-37051 finds the Tribe cannot make the requisite showing that proceeds from the sale of these lands were held for the Tribe's benefit. Opinion M-37051 outlines that history and applicable statutes reveal no convincing evidence of Congressional intent that the Tribe had a compensable ownership interest in the area. Opinion M-37051 concludes that areas within the Uncompahgre boundary were never remaining surplus lands of an Indian reservation in the context of section 3.

Sincerely,

David L. Bernhardt
Deputy Secretary

EXHIBIT A
- TO COMPLAINT -