IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 1:18-cv-546 |

## [~~PROPOSED~~] ORDER

This matter is before the Court on Defendants' second unopposed motion [23] for extension of time within which to answer or otherwise respond to the Complaint. Upon consideration of the motion and for good cause shown, it is hereby ORDERED that

1. The unopposed motion should be and hereby is GRANTED; and

2. Defendants shall submit their Answer or otherwise respond to the Complaint on or before October 16, 2018.

SO ORDERED.

Date: __8/22/18__

_____
ROYCE C. LAMBERTH
United States District Judge