IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY INDIAN RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 1:18-cv-546-CJN<br><br>**PROPOSED BRIEFING SCHEDULE** |

Pursuant to the Court's September 1, 2022 Minute Order, the Parties conferred regarding Plaintiff's intention to amend its complaint. The Parties have reached agreement and jointly submit this proposed briefing schedule:

| | |
|---|---|
| October 14, 2022 | Plaintiff files its motion to amend its complaint. |
| November 4, 2022 | Defendants file their opposition to Plaintiff's motion to amend. |
| November 14, 2022 | Plaintiff files its reply in support of its motion to amend. |

A proposed order is attached to this pleading as Exhibit 1.

Respectfully submitted this 28th day of September, 2022.

        TODD KIM
        Assistant Attorney General
        United States Department of Justice

        */s/ Ashley M. Carter*
        ASHLEY M. CARTER
        BRIGMAN L. HARMAN
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 7611
        Washington, DC 20044-7611
        Telephone: (202) 305-0482
        Facsimile: (202) 305-0506
        brigman.harman@usdoj.gov
        ashley.carter@usdoj.gov
        *Counsel for the Federal Defendants*

        UTE INDIAN TRIBE OF THE UINTAH AND OURAY
        INDIAN RESERVATION

        */s/ Jeffrey S. Rasmussen (with permission)*
        Jeffrey S. Rasmussen, Pro Hac Vice Admission
        Jeremy J. Patterson, Pro Hac Vice Admission
        Patterson Earnhart Real Bird & Wilson LLP
        1900 Plaza Drive
        Louisville, Colorado 80027
        Phone: 303-926-5292 / Fax: 303-926-5293
        JRasmussen@nativelawgroup.com
        JPatterson@nativelawgroup.com

        */s/ Rollie E. Wilson (with permission)*
        Rollie E. Wilson (D.C. Bar No. 1008022)
        Patterson Earnhart Real Bird & Wilson LLP
        601 Pennsylvania Ave., NW, South Bldg., Suite 900
        Washington, D.C. 20004
        Phone: 202-340-8232 / Fax: 202-639-8238
        Email: RWilson@nativelawgroup.com
        *Counsel for Ute Indian Tribe of the Uintah and Ouray Indian Reservation*

STATE OF UTAH

  /s/ Kathy A.F. Davis (with permission)
Kathy A.F. Davis
Assistant Attorney General
STATE OF UTAH
Office of the Utah Attorney General
3760 S. Highland Drive
Third Floor
Salt Lake City, Utah 84106
kathydavis@agutah.gov

*Counsel for Defendant-Intervenor*