IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UTE INDIAN TRIBE OF THE UINTAH AND OURAY INDIAN RESERVATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-546-CJN<br><br>**[Proposed] Order** |

Upon consideration of the parties' Proposed Briefing Schedule, the Court ORDERS as follows:

1. Plaintiff's deadline to file its motion to amend its complaint is October 14, 2022.

2. Defendants' deadline to file their oppositions to Plaintiff's motion to amend is November 4, 2022.

3. Plaintiff's deadline to file its replies in support of its motion to amend is November 14, 2022.

DATED this ___ day of _____, 2022.

_____

United States District Judge